May it please the court, I am Meg Jacobson and I am the attorney for the petitioners Mrs. Cordova and her husband, Mr. Cardona. I would like to reserve three minutes for rebuttal. This case is where petitioners complained to the governor of the state of Patan in Guatemala about Guatemala police involvement in crime. Six days later Mrs. Cordova was brutally attacked by machete wielding assailant where she received a deep wound cutting the muscles and running from her left clavicle across her back ending at her right shoulder. Although the BIA's decision in this case clearly indicates that whistleblowing to a government official is important to its analysis as to whether to grant asylum, the BIA wholly ignored petitioners credible testimony that he complained to the governor of Patan about criminal activity of the police. Can you help me? We're still struggling in light of the Real ID Act of 2005 to determine what changes have been made to the Ninth Circuit precedent and it seems to me that your case boils down to a question over whether your argument that she was attacked on the basis of I guess it would be the imputed political opinion is one central reason that we can rely upon in determining error and failure to grant asylum. The problem as I see the record is it is equally plausible perhaps more so that the attacks on petitioner and her husband followed the foiling of the bank robbery where her husband was the bank security guard and I'm having a bit of a difficulty in light of our opinion in I think it's Perusimova versus Holder that came down this year which seems to suggest that where it's unclear from the record which motive explains the attack on petitioner that that doesn't meet the one central reason under the change in the law. Can you help us with that? We are basing our argument on the BIA's own statement in their decision. The BIA states and I quote but even if we find that circumstantial evidence indicates that the police were members of a group of affiliated gang members criminals and corrupt government officials the evidence in this case does not indicate that the respondents were targeted because of their opposition to government corruption or their threats or plans to expose government corruption. Counsel, let me ask you this you earlier said that she complained to the governor about corruption. She went with her husband. I know that she asked for more protection, but did she did she testify that she or her husband specifically said the government is corrupt? The husband said and I will quote again and we briefed this in our brief to the court on 1922 and it's in the record at 157. My wife and I went to the governor of the state and he told me the only help you can get is the police and I told him no because I am certain that the police are involved in this. That is testimony that Mr. Cardona made during the original hearing before the immigration judge. After that meeting with the governor they were supplied with us with a security officer. No, they were not. That was before and what was happening was that they progressively went to different levels of the government and the record shows that they went up what would be the making complaints and all the complaints did was escalate the harassment. So every time he blew the whistle the harassment became worse and worse until when he finally went to the governor his wife was assaulted to the extent that she's round-shouldered today. Counselor, we're not, we understand the severity of the injury that the question that we're wrestling with here is the evidence to the evidence of the link between you know the failure or the participation I guess by the police and the underlying robbery and that that was the real motivation for the for the lack of the board seemed to be persuaded and I think the IJ was that it was as I said before equally plausible that it was just retaliation by the criminal element because he'd killed one of the bank robbers and that they were trying to get back at him for foiling their robbery whoever they were. But the fact that he actually went to the government to try to get the government to assist him and that he informed the government that it was that the harassment was because of police involvement shows the nexus. He didn't know who the attackers were did he? Didn't they wear masks? Peru, Paramoose I'm getting the name wrong Paroose, our prior case Does not require more than circumstantial evidence. He doesn't have to I don't think it's a question of circumstantial evidence I think it's a question of maybe the way to put it would be the prevailing evidence That's that's why I asked you the question about helping me with the the one central reason because it seems to me that if the evidence is somewhat conflicting as to what the reason was the burden is on the petitioner under the Real ID Act To show that the nexus to the protected ground is one central reason for the attack and I would like to Respond, but I see I only have two and a half minutes. We'll give you We'll give you an extra two minutes so you can respond. Thank you and have your rebuttal Okay Pat The other case deals with the issue of Mixed motives and it says that as long as this is one central motive That it it doesn't have to be 51% of the motive and I think you have a situation here where you start out with this man foiling the robbery But then instead of immediately caving in he goes to the government and he says the police are involved and the record shows that the Persecution Escalated so is your position? This is not a mixed motives case at all There's only one motive that we that the IJ could plausibly conclude from the evidence we think that it's a Mixed motive in that first we contend that the police Were Involved in the actual robbery. I know that's what he thinks The problem is that that the evidence was pretty ambiguous as to who perpetrated the robbery He couldn't identify the robbers because they wore masks but it admitted that they that the robbers were the police and the testimony of your Client the the female in particular referred to them using different nouns. I Was I forget the term she hoodlums or Delinquents or something which is fairly ambiguous well when my family talks about 9-eleven and my Then brother-in-law was in that subway luckily not killed he will sometimes talk about the terrorists or he'll talk about the Taliban or He'll talk about the people who were you know driving that airplane But we don't You know, we don't say just cause a number of different terms were used means that he's Confused it's the same here that well his his complaint would lack specificity if it didn't I Mean you're you're practically conceding. He's talking in the wind I don't think so. He was very specific to the governor and we are basing our argument here on his testimony to the governor that He said the police were the ones who were perpetrating the persecution and The governor said well The Only thing I can do is tell the police that You've said that we're that the police are involved in corruption and then less than a week later his wife is assaulted and He's claiming that their nexus exists between the motivation because that's what we're looking at What is the motivation for this assault the motivation for the assault is the complaint to the governor and the BIA does not address that issue a council you're We're gonna certainly give you any time you need to respond to the judges questions if they want to go on But you're more than a minute Over your time. I wanted to give you two minutes for rebuttal in light of the government. So unless judge Talman Wants to purge those Beezer. Let me give you something to do while you're waiting Take a look at the excerpt of record three the BIA Opinion and it would be the fourth paragraph on the page And when you get back up, I'd like you to tell me why that doesn't address the subject that you said they didn't address Okay, okay, thank you So Here from miss Sherman good morning, let me tell you what's on my mind Yeah, it was one point and Then of course all the other issues are You can argue whatever you want But the one thing that I'm unclear on is when they went to the governor of this province or state Did they was their language they used Then did it Is it fairly construed as a complaint? about corruption in the government i.e. that the The police are involved in the robberies. The government is corrupt well, I Discussion with the governor is now the the central aspect of their claim the crux of their claim and Miss Cordova who is the the lead petitioner in this case did not even mention in her testimony her husband going to the governor now her husband did testify that he went to the governor and Told the governor that he needed police protection and then he thought the police were involved in this attack But the letter that the governor wrote in response, which is in the record at page 229 Does not make any mention of his of mr. Cardona's belief that the police were involved It only goes back to talking about police protection. So the only allegation that he even told the governor that He thought the police were involved is his own testimony, but the lead petitioner didn't didn't mention it But I think what this case comes down to is a complete lack of evidence. I can understand Why the governor of a state might not want to memorialize an allegation of rampant corruption in the state in his letter, but now if If the petitioner or the petitioner's husband Testified that he said that Was there a negative credibility determination? No, your honor. They were both found to be credible Purposes of our assessment Don't we have to assume? That he did say what he says he said Yes, but I think it's important to note that there's no other than his own statement. There's no objective evidence to corroborate this claim but yes, I mean If we take it as true you couldn't you I think the board's decision that they still didn't sustain their burden is Still defensible when you look at the entire record evidence of this case You know her husband thwarted a bank robbery the threats began immediately after he thwarted the bank robbery people Can't started calling their house coming to their house As Judge Talman noted they said they never knew who the bank robbers were They didn't know who the people that were coming to their house were as soon as So the threats started they went to the public ministry and asked for police protection They did not try to expose government corruption They said we need the police to come to our house and protect us and the police did they had a police officer at? their house The threats continued and so they went to the Human Rights Organization and again said we need police protection The police came for several days They left and then they found a masked man in their backyard. So they moved to her brother's house That's when her husband said he went to the governor and that's the first time that he ever Asserted that he thought the police were involved in the attack and then the threats continued in the machete attack occurred but I think that the reasonable conclusion would be that the attacks occurred because they thwarted a bank robbery and Whoever were the perpetrators of the bank robbery were angry that their criminal endeavor was was stopped and foiled and had it's nothing to do with a political opinion or or Any whistleblowing activities because it's just a continuation the threats continued from the day of the bank robbery on for several months, so The whistleblowing activities that she she contends Were kind of a last step in in her story bank in Guatemala City Well, where was the bank? What city I think it was in Patan which is a state they lived and then miss Cordova went to Guatemala City for two months before coming to the United States and she was unharmed there. But I This case comes down to a lack of evidence and there's no evidence that the police were involved in any of the attacks Both petitioners testified. They did not know who was involved in the tax. They both testified at times They did not think it was the police and they speculate because the police had their phone number and address They must have given it to the gang, but that's kind of a leap to go Well, the police had my phone number. Therefore. They were the ones that gave the gang my phone number So the case fails for that regard. You haven't shown police involvement. Is it established? For certain that the the brother gave the new address To the police or well, don't just give it to someone who said they were the police Her brother gave the I mean if you take the testimony, it's true Her brother gave the new address to the person who came to the door the person said he was the police officer But there's no evidence that he I mean There's no testimony that he showed a badge or showed any other thing indicating he was a police officer So her brother gave the address to someone but it very well could have been a gang member or a rogue police officer But we're not talking about institutionalized and that the whole police force was involved in this Her attackers never said anything Along the lines of you know, stop your political activities or stop your whistleblowing or will attack you So there's just it's just a lot of speculation of what happened I mean, there's evidence that the police in Guatemala are generally corrupt But it's it's kind of a leap to say well the police are corrupt in Guatemala. Therefore. They were the perpetrators of this attack And I mean throughout the the whole history She was asking for police protection and she received police protection But there's no evidence that the motivation by whoever her attackers were Was the last time that she went to the governor and said or her husband said I think that the police might have been involved I think that the record and evidence amply supports the board's conclusion that this was a personal vendetta for thwarting a criminal activity Especially in light of the fact that the threats continue began as soon as mr. Cardona reported the crime and There's just no objective evidence in the record to support their contentions Any questions from the panel I have none just Tom and judge Beezer no questions So we'd ask the court to deny the petition for review. Thank you very much Thank you very very much miss Sherman. Okay, miss Jacobson is will return and Your honor, I'm sorry, I do not have the brief with me. Oh No, no, no. No, it wasn't the brief. It was the the BIA opinion the BIA opinion with me Oh, you don't have it. I have just a quote from it. Oh, and I would like to read the whole part Yeah, if you counsel if you would provide that to your And and it was it's actually page two of the board's opinion it's stamped excerpt of record zero zero three Yes, it's the paragraph that begins first It is not even clear from the record That those involved in the bank robbery had ties to the police or the government and I was specifically focusing on the last two sentences of that paragraph I Was referring to the fact that in her testimony she described the perpetrators Alternatively as the police the robbers or the delinquents and then the board says well We do not necessarily agree that these variances indicate a lack of credibility of the female respondent We do find that these discrepancies are indicative of the respondents Uncertainty as to who was implicated in the foiled robbery Because the respondents themselves did not clearly know who was responsible for the attacks against them The record does not clearly indicate that the police were quote in on and quote The bank robbery threats or attacks and then sought to silence the respondents attempts to expose their involvement In the criminal activity now, doesn't that directly address the point that you said the board overlooked? I Don't think so because They're saying that the respondents didn't specifically Make the statement that they declared that the government was somehow responsible and in fact, they did make that statement and our argument is that because that statement was made and the board's Decision does not Discuss this issue or does not take this factor into consideration That the court should remand it to the board for a decision on this issue Go ahead take another minute for your rebuttal argument because a good part of your Two-minutes was taken up by just Thomas For their question. I want to let you have your rebuttal shot, but limited to a minute, please. Okay My first Point is that this is a It is well established principles of administrative law that the courts of appeals should remand cases To the agency where a fact Finding is necessary. I think that the government has shown in their oral statements to this court that questions of fact really have not been adequately decided upon by the BIA and It should be remanded the BIA itself says that Because respondents never declared their belief that the police or government were somehow responsible for either the robbery or the threats against them and I'm taking it out that then you do not see whether or not there is circumstantial evidence and Circumstantial evidence can be accepted even after the Real ID Act We are asking the board, I mean the court to remand to the board on this question, thank you Thank you very much. Okay We thank Miss Jacobson for her Spirited argument for the petitioner and miss Sherman for spirited argument for the government miss Sherman before you leave I was just curious. We we dismissed the case on short notice earlier this week Were you going to argue that case as well, or did we have? Oh Okay, so that must have been a different government lawyer than what we we had information that somebody had flown all the way out here from Washington and the petitioner dismissed the case at the last minute Differently, okay. Thank you Okay. Well again, thanks to both miss Jacobson and miss Sherman and Garcia the holders Submitted
judges: Beezer, Gould, Tallman